U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 AUG 13 P 12: 00

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| RAJAN MALHOTRA et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-480 |
| | ) | |
| DIRECTOR OF UNITED STATES | ) | |
| CITIZENSHIP AND IMMIGRATION | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY ORDER**

The Plaintiffs in this case are noncitizens who have applied for U nonimmigrant status

("U visas"). They allege that USCIS has failed to provide them with waiting list decisions under

8 C.F.R. § 214.14(d)(2). USCIS has filed a motion to dismiss primarily arguing that the majority

of Plaintiffs' claims are moot because they have already received adjudicative action. (Doc. 13.)

Plaintiffs concede that, to the extent that any given plaintiff has received a waiting list decision—

positive or negative—those plaintiffs' claims are moot. (Doc. 14 at 4.)

Plaintiffs oppose the motion to dismiss in part on the grounds that USCIS has not

identified which plaintiffs have received adjudicative action. (*Id.* at 2–3.) Plaintiffs recognize

that USCIS is generally prohibited from disclosing such information under 8 U.S.C.

§ 1367(a)(2). But Plaintiffs also argue that, by filing this lawsuit using their real names, they

have waived the protections of § 1367(a)(2). (Doc. 14 at 3.) They therefore request that USCIS

identify which plaintiffs have received what adjudicative action. USCIS responds that the filing

of the lawsuit is *not* a per se waiver and that it could face sanctions if it discloses the requested

information. (Doc. 16 at 1–2, 2 n.1.)

To avoid any sanctions, USCIS states that, "if the Court requests these details, then [USCIS] seek[s] leave to file a notice disclosing the adjudications received by the Plaintiffs under seal." (*Id.* at 2 n.1.)

To resolve this issue, the court ORDERS that USCIS file a notice disclosing the adjudications received by each plaintiff and that it do so under seal.

Dated at Burlington, in the District of Vermont, this 13th day of August, 2026.

Geoffrey W. Crawford, Judge
United States District Court

2