U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 NOV 12 P 3:34

CLERK

BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| RAJAN MALHOTRA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:25-cv-480 |

**ENTRY ORDER**

Pursuant to a previous entry order from this court (Doc. 19), Defendant filed under seal a notice disclosing the adjudications received by each Plaintiff (Doc. 21-1). The court requires clarification of the information concerning two Plaintiffs in that notice.

First, according to Doc. 21-1, Plaintiff MD Uddin sought a waiting list decision and deferred action status but was granted conditional parole. The court requests that USCIS identify (1) whether MD Uddin was physically present inside or outside the United States on the date USCIS issued its waiting list decision; (2) whether USCIS granted MD Uddin deferred action, conditional parole, or both in connection with the waiting list decision; and (3) MD Uddin's current location, if known to USCIS, including whether MD Uddin has been paroled into the United States.

Second, according to Doc. 21-1, USCIS is holding any further action on Plaintiff Chiragkumar Patel's waiting list adjudication pending a response to a request for evidence issued to their derivative, Plaintiff V P. The court requests that USCIS identify (1) whether V P is currently, and was on May 7, 2025, inside or outside the United States; and (2) why USCIS is

holding off on any action regarding Chiragkumar Patel's waiting list adjudication pending the V P's response.

The court therefore ORDERS that Defendant file under seal a supplemental notice with the requested information on the Plaintiffs described above within 14 days of this order. Plaintiffs may file a response under seal within 7 days of Defendant's filing.

Dated at Burlington, in the District of Vermont, this 12th day of November, 2026.

Geoffrey W. Crawford, Judge
United States District Court